AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of _____

ATTACHMENT 5

CHRISTOPHER A MOORE
Plaintiff

V.

10 TEMPLE PLACE LIMITED PARTNERSHIP
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

RECEIVED
APR 22 2005

CASE NUMBER: 05-10853 MLW

I, CHRISTOPHER A MOORE, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____  Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      June 30, 1999 - Framingham Civic League  214 Concord St Framingham, MA   $25,000 - 6 months

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☒ Yes   ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☐ Yes    ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

Received Rent from Tenants - $560.00 a month

4. Do you have **any** cash or checking or savings accounts?    ☑ Yes    ☐ No

   If "Yes," state the total amount.  $200

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☑ Yes    ☐ No

   If "Yes," describe the property and state its value.

   My Home - 150,000
   Car    -    3,000
   ( Declared Bankruptcy last year )

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

4/20/2005
Date

Signature of Applicant

617 442 5999

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# UNITED STATES DISTRICT COURT

District of _____

**ATTACHMENT 4**

CHRISTOPHER A. MOORE

MARY LOU MOORE ESTATE

V.

VALUE OPTIONS, INC., RONALD DOZORETZ, THOMAS ORAM, REBECCA WHITE, NEW ENGLAND MEDICAL CENTER HOSPITALS, INC., LINDA SAHOVEY, MARSHALL FOLSTEIN, ELLEN ZANE, TEN TEMPLE PLACE LIMITED PARTNERHSIP, FALLON SERVICE INC., TIMOTHY FALLON, FEDERAL MANAGEMENT COMPANY INC. BETTE ANDERSON FISH, GILLIAN GATTE, STEPHEN WILCHINS, MARY GAVIN, RICHARD HENKEN, ALLEN PERKINS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

10 Temple Place Limited Partnership
175 Federal Street, Suite 700
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK