```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


Christopher A. Moore          )
      Plaintiff               )     CIVIL ACTION
                              )
                              )     NO: 05-10853-MLW
V.                            )
                              )
10 TEMPLE PLACE LIMITED. et al)
```

PROOF OF SERVICE FOR ABOVE REFERENCED CASE

ON SEPTEMBER 8, 2005 CHRISTOPHER MOORE RECEIVED A NOTICE FROM US DISTRICT COURT REQUESTING REASONS WHY PROOF OF SERVICE HAD NOT BEEN FILED. THAT NOTICE WAS POSTMARKED SEPTEMBER 6, 2005 AND HAS BEEN INCLUDED WITH THIS FILING.

1. THIS CASE WAS FILED WITH AN APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES.

2. MR. MOORE SPOKE WITH SUSAN JENNESS, PRO SE CLERK WHO ADVISED HIM THAT THE APPLICATION FOR PREPAYMENT OF FEES WOULD BE REVIEWED BY A JUDGE BEFORE THE CASE COULD PROCEED AND THAT THE COURT WOULD ADVISE MR. MOORE WHEN THE JUDICIAL REVIEW HAD BEEN COMPLETED. MR. MOORE WAS TOLD THAT IF THE APPLICATION IS APPROVED THE NOTICE OF SERVICE WOULD BE DONE BY THE UNITED STATES MARSHAL.

3. ON JUNE 30, 2005, AFTER NOT HEARING FROM THE COURT, MR. MOORE CAME TO THE COURT AND REQUESTED AN UPDATE ON THE STATUS OF THE CASE FROM A CLERK. MR. MOORE WAS ADVISED THAT THE CASE HAD BEEN ENTERED, HAD BEEN ASSIGNED A NUMBER BUT THAT THE JUDGE HAD NOT RULED ON THE APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES. MR. MOORE WAS ADVISED THAT THERE WAS NOTHING FOR HIM TO DO UNTIL THE APPLICATION HAD BEEN REVIEWED AND AT THAT TIME HE WOULD BE NOTIFIED.

THE CLERK PROVIDED MR. MOORE WITH A COPY OF A "DOCKET REPORT" WHICH HAS BEEN INCLUDED WITH THIS FILING.

4.  ACCORDING TO THE "STEP BY STEP - A SIMPLE GUIDE TO FILING A CIVIL ACTION" PROVIDED BY THE CLERK'S OFFICE, IT STATES THE FOLLOWING:

   a.  "IF YOU HAVE FILED AN APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND IT HAS BEEN ALLOWED BY A JUDGE, SERVICE OF PROCESS WILL BE MADE UPON EACH DEFENDANT WITHOUT COST TO YOU BY THE UNITED STATES MARSHAL".

                                        Respectfully Submitted

                                        _____
                                        Christopher A. Moore

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10853-MLW

Moore v. 10 Temple Place Limited Partnership et al  
Assigned to: Judge Mark L. Wolf  
Cause: 42:1983 Civil Rights Act

Date Filed: 04/22/2005  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: O   r  
Jurisdiction: Federal Question

**Plaintiff**

**Christopher A. Moore**                     represented by **Christopher A. Moore**
141 Intervale St.
Boston, MA 02121
617-442-5999
PRO SE

V.

**Defendant**

**10 Temple Place Limited Partnership**

**Defendant**

**Ronald I. Dozoretz**

**Defendant**

**Thomas E. Orem**

**Defendant**

**Rebecca H. White**

**Defendant**

**New England Medical Center Hospitals, Inc.**

**Defendant**

**Linda Sahovey**

**Defendant**

**Marshal Folstein**

**Defendant**

**Ellen Zane**

**Defendant**

**Fallon Service, Inc.**

**Defendant**

Timothy J. Fallon

**Defendant**

Bette Anderson Fish

**Defendant**

Gillian Gatte

**Defendant**

Stephen Wilchins

**Defendant**

Mary Gavin

**Defendant**

Richard Henken

**Defendant**

Allen Perkins

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Christopher A. Moore.(Jenness, Susan) (Entered: 04/27/2005) |
| 04/22/2005 | 2 | COMPLAINT against all defendants Filing fee: $ 0.00, receipt numl 0.00, filed by Christopher A. Moore. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 04/27/2005) |
| 04/22/2005 |  | If the trial Judge issues an Order of Reference of any matter in this c to a Magistrate Judge, the matter will be transmitted to Magistrate Ju   e Sorokin. (Jenness, Susan) (Entered: 04/27/2005) |

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from O'Leary, Dennis entered on 8/31/2005 at 8:34 AM EDT and filed on 8/31/2005
Case Name:  Moore v. 10 Temple Place Limited Partnership et al
Case Number: 1:05-cv-10853
Filer:
Document Number: 3

Docket Text:
NOTICE It is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P., and Local Rule 4.1(b), the above-entitled action will be dismissed, without prejudice in twenty(20) days from the date of this Order unless a proof of service is filed or good cause shown why service has not been made. (O'Leary, Dennis)

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:yes
Electronic document Stamp:
[STAMP dcecfStamp_ID=1029851931 [Date=8/31/2005] [FileNumber=1106487-0
] [7e5dcada02a7fc0c06dc574a7f51e76826e6d6632f95a4a6d87752a812e218848ef
6777977bf9d8d0cc76a3887e37e8ca9e131181ca905c7c76afd6a5da72170]]


1:05-cv-10853 Notice will be electronically mailed to:

1:05-cv-10853 Notice will not be electronically mailed to:

Christopher A. Moore
141 Intervale St.
Boston, MA 02121

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHRISTOPHER A. MOORE
         Plaintiff

V.

10 TEMPLE PLACE LTD. et al
         Defendant

CIVIL ACTION

NO. 05-10853-MLW

ORDER

Wolf, D. J.

The complaint in the above-entitled action was filed on APRIL 22, 2005. As of this date there has been no return to the Court of proof of service of the summons and complaint, as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.

Accordingly, it is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P. and Local Rule 4.1(b), the above-entitled action will be dismissed, without prejudice in twenty (20) days from the date of this Order unless a proof of service is filed or good cause shown why service has not been made.

By the Court,

August 31, 2005
Date

/s/ Dennis O'Leary
Deputy Clerk

(4mdism-notice.wpd - 12/98)   [o4m]

③

