UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAY 25 P 1:42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Christopher A. Moore ) | |
|     Plaintiff ) | |
| ) | |
| MARY LOU MOORE ESTATE ) | |
|     Plaintiff ) | |
| ) | |
| V. ) | CIVIL ACTION |
| ) | |
| 10 TEMPLE PLACE LIMITED ) | |
| PARTNERSHIP, et al ) | NO:05-10853-MLW |
|     Defendants ) | |

REQUEST TO EXTEND TIME FOR APPOINTMENT OF COUNSEL

On March 15, 2006 Judge Wolf entered an order that Christopher Moore, administrator of the Estate of Mary Lou Moore retain an attorney to represent the Estate in the above named suit. Mr. Moore is requesting a sixty (60) day extension for the appointment of an attorney to represent the estate.

    Mr. Moore has been medically incapacitated for the past several months. During that time Mr. Moore has made repeated trips to the hospital Emergency Room. During two of the visits to the ER doctors examining Mr. Moore determined that it was necessary that Mr. Moore be admitted into the hospital. Mr. Moore underwent a heart catherization as well as other diagnostic tests. Mr. Moore continues to meet with medical specialists and undergo additional tests.

    Today Mr. Moore has undertaken a limited work schedule. Mr. Moore anticipates resuming work on the above case during the next few weeks including the search for an attorney to represent the Mary Lou Moore Estate.

1

Respectfully Submitted

_____
Christopher A. Moore
Plaintiff

Respectfully Submitted

_____
Christopher A. Moore
Administrator, Mary Moore Estate
Plaintiff