UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Christopher A. Moore       )
    Plaintiff              )
                              )
MARY LOU MOORE ESTATE      )
    Plaintiff              )
                              )
V.                         )           CIVIL ACTION
                              )
10 TEMPLE PLACE LIMITED    )
PARTNERSHIP, et al         )           NO:05-10853-MLW
    Defendants             )

MOTION FOR EXTENSION OF TIME

    This request for a 45 (forty-five) day extension of time for the appointment of counsel is being made in conjunction with the accompanying "amended complaint" that is also being filed with the court. This amended complaint was necessary because a) additional Defendants have been added to the complaint; b) additional facts in support of the complaint have been added; and c) 14 (fourteen) separate exhibits covering 40 (forty) pages have also been added to the complaint. All of this additional information was necessary and had to be included in the complaint, and the complaint filed with the court before Plaintiff Christopher Moore could take the complaint to outside counsel for their review and consideration in regards to an appointment as counsel for the Mary Lou Moore Estate. It would be very difficult to find any counsel willing to consider accepting a role in this case until and unless prospective counsel know the facts, and the Defendants involved.

1

The timing of the filing of this amended complaint was also affected by the fact that Plaintiff Christopher Moore has been responsible for filing many other documents in court in addition to this complaint.

When the previous request for an extension of time was made it was done right after Plaintiff Christopher Moore had resumed work, after having suffered serious medical problems. Mr. Moore had hoped and anticipated that all the work would be done by today.

The amended complaint filed today presents a much more complete picture of the events outlined in the complaint, and the individuals and institutions that were responsible for these actions.

Respectfully Submitted

_____
Christopher A. Moore
Plaintiff

Respectfully Submitted

_____
Christopher A. Moore
Administrator, Mary Moore Estate
Plaintiff