UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Christopher A. Moore )  | |
|     Plaintiff ) | |
| ) | |
| ) | |
| V. ) | CIVIL ACTION |
| ) | |
| 10 TEMPLE PLACE LIMITED ) | |
| PARTNERSHIP, et al ) | NO:05-10853-MLW |
|     Defendants ) | |

MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff Christopher Moore hereby requests the appointment of counsel for the above titled case.

Plaintiff Christopher Moore has filed, and The court has approved Plaintiff's Application to Proceed Without Prepayment of Fees.

Plaintiff Christopher Moore's previous attempts to find an attorney proved unsuccessful.

Plaintiff Christopher Moore has come to a stage where the case, and the requirements of the court, have become overwhelming, very difficult to manage and ever more confusing. The plaintiff is a layman with no legal training and thus is not able to adequately, and competently, proceed beyond this point.

Respectfully Submitted

_____
Christopher A. Moore