```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

CHRISTOPHER A. MOORE and      )
     Plaintiff                )
                              )
     V.                       )    C.A. No. 05-10853-MLW
                              )
10 TEMPLE PLACE LIMITED       )
PARTNERSHIP, et al.           )
     Defendant                )
```

ORDER

WOLF, D.J.

The complaint in the above-entitled action was filed on April 22, 2005. As of this date, the plaintiff has not filed proof of service of the summons and complaint to the remaining parties as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.

Accordingly, it is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P., and Local Rule 4.1(b), the above-entitled action will be dismissed, without prejudice, in twenty (20) days from the date of this Order unless a proof of service is filed or good cause shown why service has not been made.

```
                                   /s/ Mark L. Wolf
                                   UNITED STATES DISTRICT JUDGE
```