UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 AUG -3  A 11: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Christopher A. Moore ) | |
|     Plaintiff ) | |
| ) | |
| ) | |
| V. ) | CIVIL ACTION |
| ) | |
| 10 TEMPLE PLACE LIMITED ) | |
| PARTNERSHIP, et al ) | NO: 05-10853-MLW |
|     Defendants ) | |

MOTION TO EXTEND TIME TO COMPLY WITH COURT ORDER

Plaintiff Christopher Moore hereby requests a thirty day extension of time to comply with order of the court,

BACKGROUND

The court issued an order on June 23, 2007 which denied Plaintiff's request for a court appointed attorney, and directed Plaintiff to serve the Complaint on the Defendants *"unless good cause is shown why service has not been made."*

In the Memorandum and Order that accompanied the Court order, the court stated that it was aware that the Plaintiff had filed other cases with the court. In three of these cases the Plaintiff requested the help of an attorney which the court denied at this time. This has meant that the plaintiff had no alternative but to proceed with each of the cases pro se (on his own.)

PLACING THE CASES IN QUEUE

In order to proceed the plaintiff has abandoned trying to work on all of the court cases simultaneously. Rather the Plaintiff will attempt to work on each case

citizen possesses the knowledge and disciplines needed to properly prepare, argue and defend a case in Federal Court would indeed depend on the legal and factual complexities, and the unusual circumstances of each case. Which is the reason for the review by the Plaintiff.

Respectfully Submitted

_____
Christopher A. Moore, Plaintiff
141 Intervale Street
Boston, Massachusetts 02121