```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

CHRISTOPHER A. MOORE and      )
     Plaintiff                )
                              )
     V.                       )   C.A. No. 05-10853-MLW
                              )
10 TEMPLE PLACE LIMITED       )
PARTNERSHIP, et al.           )
     Defendant
```

ORDER

WOLF, D.J.                                         August 1, 2007

On June 23, 2007, the court ordered the plaintiff to file proof of service or to seek to show good cause why service has not been made. To date, the petitioner has done neither. Accordingly, it is hereby ORDERED that this case is DISMISSED without prejudice.

                                      /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE