UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CHRISTOPHER MOORE**

        Plaintiff

        V.                                CIVIL ACTION NO. 05-10853-MLW

**10 TEMPLE PLACE PARTNERSHIP et al**

        Defendant

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Order dated **August 1, 2007**, in the above-referenced action, DISMISSING the case without prejudice.

It is hereby ORDERED:

Judgment for the Defendants without prejudice.

                                                          By the Court,

**August 6, 2007**                                    /s/ Dennis O'Leary
       Date                                                   Deputy Clerk

(judge-dis.wpd - 12/98)                                                                 [jgm.]