UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10853

Christopher A. Moore

v.

10 Temple Place Limited Partnership

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-18

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/30/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 16, 2007.

Sarah A Thornton, Clerk of Court

By: /s/ Canttc Kanes
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/17/07 .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10853-MLW

Moore v. 10 Temple Place Limited Partnership et al
Assigned to: Chief Judge Mark L. Wolf
Cause: 42:1983 Civil Rights Act

Date Filed: 04/22/2005
Date Terminated: 08/01/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Christopher A. Moore**     represented by **Christopher A. Moore**
141 Intervale St.
Boston, MA 02121
617-442-5999
PRO SE

V.

**Defendant**

**10 Temple Place Limited Partnership**

**Defendant**

**Ronald I. Dozoretz**

**Defendant**

**Thomas E. Orem**

**Defendant**

**Rebecca H. White**

**Defendant**

**New England Medical Center Hospitals, Inc.**

**Defendant**

**Linda Sahovey**

**Defendant**

**Marshal Folstein**

**Defendant**

**Ellen Zane**

**Defendant**

Fallon Service, Inc.

Defendant

Timothy J. Fallon

Defendant

Bette Anderson Fish

Defendant

Gillian Gatte

Defendant

Stephen Wilchins

Defendant

Mary Gavin

Defendant

Richard Henken

Defendant

Allen Perkins

Defendant

Charles Street RHF Housing, Inc.

Defendant

David Cross

Defendant

Federal Managment Co., Inc.

Defendant

Laverne R. Joseph

Defendant

Valueoptions Inc.

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Christopher A. Moore.(Jenness, Susan) (Entered: 04/27/2005) |
| 04/22/2005 | 2 | COMPLAINT against all defendants Filing fee: $ 0.00. receipt number 0.00. filed by Christopher A. Moore. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 04/27/2005) |
| 04/22/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge |

| | | Sorokin. (Jenness, Susan) (Entered: 04/27/2005) |
|---|---|---|
| 08/31/2005 | 3 | NOTICE It is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P., and Local Rule 4.1(b), the above-entitled action will be dismissed, without prejudice in twenty (20) days from the date of this Order unless a proof of service is filed or good cause shown why service has not been made. (O'Leary, Dennis) (Entered: 08/31/2005) |
| 09/20/2005 | 4 | RESPONSE TO ORDER TO SHOW CAUSE by Christopher A. Moore, FILED. (Attachments: # 1 Supplement Attachments to Proof of Service) (Boyce, Kathy) (Entered: 09/23/2005) |
| 10/11/2005 | 5 | Judge Mark L. Wolf : MEMORANDUM and ORDER entered denying without prejudice 1 Motion for Leave to Proceed in forma pauperis. If Mr. Moore wishes to proceed with this action, he shall, within 35 days of the date of this Order. (1) submit a new, fully completed application to proceed without prepayment of fees and (2) submit a detailed statement concerning the Estate. If Mr. Moore fails to submit a new application or detailed statement concerning the Estate, this action will be dismissed without prejudice. The Clerk mailed a copy of the Memorandum and Order along with an Application to Proceed Without Prepayment of Fees. (PSSA4) (Entered: 10/11/2005) |
| 10/11/2005 | | Set Deadlines/Hearings: Mr. Moore granted until 11/15/05 to submit either a new, fully-completed Application to Proceed Without Prepayment Fees or pay the $250 filing fee and also a detailed estate statement due 11/15/2005. (PSSA4) (Entered: 10/11/2005) |
| 11/16/2005 | 6 | RESPONSE TO ORDER TO SHOW CAUSE by Christopher A. Moore, FILED. (Attachments: # 1 Completed Application to Proceed Without Prepayment of Fees)(Boyce, Kathy) (Entered: 11/17/2005) |
| 03/14/2006 | 7 | Judge Mark L. Wolf : ORDER entered. MEMORANDUM AND ORDER that Mr. Moore's application to proceed without prepayment of fees is GRANTED; and the Clerk shall issue summons for service of defendants; and the United States marshal serve a copy of the complaint, summons and this order upon the defendants as directed by Mr. Moore with all costs of service to be advanced by the United States; and the claims of the Mary Lou Moore Estate will be dismissed without prejudice unless a lawyer enters an appearance on behalf of the Estate within seventy-two (72) days from the date of this Memorandum and Order. (PSSA, 4) (Entered: 03/15/2006) |
| 03/15/2006 | | Set Deadlines/Hearings: The claims of the Mary Lou Moore Estate will be dismissed without prejudice unless a lawyer enters an appearance on behalf of the Estate by 5/25/2006. (PSSA, 4) (Entered: 03/15/2006) |
| 03/16/2006 | | Summons Issued as to Ellen Zane, Fallon Service, Inc., Timothy J. Fallon, Bette Anderson Fish, Gillian Gatte, Stephen Wilchins, Mary Gavin, Richard Henken, Allen Perkins, 10 Temple Place Limited Partnership, Ronald I. Dozoretz, Thomas E. Orem, Rebecca H. White, New England Medical Center Hospitals, Inc., Linda Sahovey, Marshal Folstein. Summons mailed to plaintiff with USM 285 forms. U.S. |

| | | |
|---|---|---|
| | | marshal service information letter, and L.R. 4.1. (PSSA, 4) (Entered: 03/16/2006) |
| 05/25/2006 | 8 | MOTION for a 60 Day Extension of Time for the appointment of an attorney to represent the estate by Christopher A. Moore, FILED.(Boyce, Kathy) (Entered: 05/26/2006) |
| 06/24/2006 | | Judge Mark L. Wolf : Electronic ORDER entered granting 8 Motion for Extension of Time. ALLOWED. Counsel shall appear for the Estate by July 30, 2006, or its claims will be dismissed. (O'Leary, Dennis) (Entered: 06/27/2006) |
| 07/31/2006 | 9 | MOTION for Extension of Time to 45 days for the appointment of counsel by Christopher A. Moore, FILED.(Boyce, Kathy) (Entered: 08/03/2006) |
| 09/11/2006 | 10 | AMENDED COMPLAINT against Charles Street RHF Housing, Inc., David Cross, Federal Managment Co., Inc., Laverne R. Joseph, Valueoptions Inc., Ellen Zane, Fallon Service, Inc., Timothy J. Fallon, Bette Anderson Fish, Gillian Gatte, Stephen Wilchins, Mary Gavin, Richard Henken, Allen Perkins, 10 Temple Place Limited Partnership, Ronald I. Dozoretz, Thomas E. Orem, Rebecca H. White, New England Medical Center Hospitals, Inc., Linda Sahovey, Marshal Folstein, filed by Christopher A. Moore, FILED. (Attachments: # 1 Exhibit Part I# 2) (Boyce, Kathy) (Entered: 09/12/2006) |
| 03/09/2007 | 11 | Judge Mark L. Wolf : MEMORANDUM AND ORDER entered finding as moot 9 Motion for Extension of Time. Accordingly, it is hereby ORDERED that:1. Plaintiff's motion for an additional forty-five days tocause counsel to appear for the Estate, (Docket No. 9), is MOOT.2. The claims of the Mary Lou Moore Estate are DISMISSEDwithout prejudice.3. Moore shall, by May 7, 2007, effect service upon thedefendants and file the returns of service with the court. Failureto comply will result in dismissal. (O'Leary, Dennis) (Entered: 03/09/2007) |
| 05/30/2007 | 12 | MOTION to Appoint Counsel by Christopher A. Moore, FILED.(Boyce, Kathy) (Entered: 05/30/2007) |
| 06/23/2007 | 13 | Judge Mark L. Wolf : ORDER entered denying 12 Motion to Appoint Counsel. Accordingly, it is hereby ORDERED that Plaintiff's Motion ForAppointment Of A Lawyer, (Docket No. 12), is DENIED without prejudice. (O'Leary, Dennis) (Entered: 06/25/2007) |
| 06/23/2007 | 14 | Judge Mark L. Wolf : ORDER entered. The complaint in the above-entitled action was filed on April22, 2005. As of this date, the plaintiff has not filed proof ofservice of the summons and complaint to the remaining parties asrequired by Rule 4(m) of the Federal Rules of Civil Procedure andLocal Rule 4.1(b) of the Local Rules of this Court.Accordingly, it is hereby ORDERED that, pursuant to Rule 4(m),Fed. R. Civ. P., and Local Rule 4.1(b), the above-entitled actionwill be dismissed, without prejudice, in twenty (20) days from thedate of this Order unless a proof of service is filed or good causeshown why service has not been made.(O'Leary, Dennis) (Entered: 06/25/2007) |

| 08/01/2007 | 16 | Judge Mark L. Wolf : ORDER entered. ORDER DISMISSING CASE. On June 23, 2007, the court ordered the plaintiff to file proof of service or to seek to show good cause why service has not been made. To date, the petitioner has done neither. Accordingly, it is hereby ORDERED that this case is DISMISSED without prejudice.(O'Leary, Dennis) (Entered: 08/06/2007) |
|---|---|---|
| 08/03/2007 | 15 | MOTION for Extension of Time to Comply with Court 14 Order, 13 Order on Motion to Appoint Counsel by Christopher A. Moore, FILED. c/s.(Boyce, Kathy) (Entered: 08/03/2007) |
| 08/06/2007 | 17 | Judge Mark L. Wolf : ORDER entered. JUDGMENT in favor of DEFENDANTS against PLAINTIFFS(O'Leary, Dennis) Additional attachment(s) added on 8/8/2007 (O'Leary, Dennis). (Entered: 08/06/2007) |
| 08/30/2007 | 18 | NOTICE OF APPEAL as to 16 Order Dismissing Case, by Christopher A. Moore NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 9/19/2007. (Boyce, Kathy) (Entered: 09/13/2007) |
| 09/05/2007 | 19 | NOTICE OF APPEAL as to 17 Judgment by Christopher A. Moore NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 9/25/2007. (Boyce, Kathy) (Entered: 09/13/2007) |