**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number : 05-cv-10853

Christopher A. Moore

v.

10 Temple Place Limited Partnership

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-18

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  8/30/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 16, 2007.

Sarah A Thornton, Clerk of Court

By: _[signature]_
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/22/07.

_[signature]_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2572

- 3/06